FILED

APR 22 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division

UNITED STATES OF AMERICA

v.                    Case Number:   2:10MJ148

ERIC J. JONES, JR.

                                   Defendant's Attorney:

Defendant.                          Pro Se

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count one.

Accordingly, the defendant is adjudged guilty of the following count(s) involving the indicated offense(s).

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 18 USC Sections 7 & 13, assimilating T. 46.2, VA Code, Section 862 | Reckless Driving | Misdemeanor | 02/15/2010 | One |

On motion of the United States, the Court has dismissed Count two with prejudice.

As pronounced on April 21, 2010, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 22nd day of April 2010.

Tommy E. Miller
United States Magistrate Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 3

| Case Number: | 2:10MJ148 |
|---|---|
| Defendant's Name: | ERIC J. JONES, JR. |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Marshal to be imprisoned for a total term of ONE DAY to be released at 5:00 pm today, April 21, 2010

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 3 of 3

Case Number: 2:10MJ148
Defendant's Name: ERIC J. JONES, JR.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Count | Assessment | Fine |
|---|---|---|
| One | $25.00 | $250.00 |
| **TOTALS:** | **$25.00** | **$250.00** |